United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 11-40337-EC
Daniel Saeedian                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: hguevarra          Page 1 of 1          Date Rcvd: Jul 18, 2011
                             Form ID: deforco          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2011.
db            +Daniel Saeedian,    434 South Wetherly Drive,    Beverly Hills, CA 90211-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jul 20, 2011**                     **Signature:** _Joseph Speetjens_

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** ||
| In re:<br>Daniel Saeedian | CHAPTER NO.:  7 |
| | CASE NO.: 2:11−bk−40337−EC |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
## AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
**Schedule B
Schedule C
Schedule D
Schedule E
Schedule A
Schedule F
Statement – Form 22A
Schedule G
Schedule I
Schedule J
Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)     File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                      **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 15, 2011                                                **By: Henry Guevarra**
                                                                              **Deputy Clerk**

deforco − Revised 06/2011                                                                                     **1 /**