RODNEY T. LEWIN, SBN. 71664
CHANDLER OWNE BARTLETT, SBN. 102603
ALLYSON P. WITTNER, SBN 145486
LAW OFFICES OF RODNEY T. LEWIN,
A Professional Corporation
8665 Wilshire Boulevard, Suite 210
Beverly Hills, California  90211
Tel. (310) 659-6771
Fax. (310) 659-7354

Attorneys for BIZ Enterprises, Inc.

FILED

JUL 21 2011

CLERK US BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

DANIEL SAEEDIAN

Debtor.

Chapter 7

Case No. 2:11-bk-40337-EC

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned and the Law Offices of Rodney T. Lewin, APC, hereby appears as counsel for BIZ Enterprises, Inc. ("BIZ"), a creditor and party-in-interest herein, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002, 9007 and 9010 hereby requests that all notices given or required to be given in this care, and all papers served or required to be served in this case, be served upon BIZ and the undersigned at the following:

Rodney T. Lewin
Chandler Owen Bartlett
Allyson P. Wittner
LAW OFFICES OF RODNEY T. LEWIN
8665 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211
Tel. (310) 659-6771
Fax: (310) 659-7354

///

///

1.

F:\6839\Post-Judgment\BK Request for Notice Saeedian.DOC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notice and any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtor and his counsel, the United States Trustee, the Clerk of this Court, and all parties filing a notice of appearance herein place the BIZ's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy matter.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices, Pleadings and Orders shall not be deemed or construed as BIZ's (1) waiver of the right to have final orders in non-core matter entered only after *de novo* review by the United States District Court; (2) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (3) wavier of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) wavier of the right to contest jurisidiction or appropriate venue to this proceeding or any related proceeding; or (5) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which BIZ has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BIZ expressly reserves. This Notice of Appearance and Request for Service of Notices, Pleadings and Orders is not, and shall not be construed to be a consent by BIZ pursuant to 28 U.S.C. § 157 (c)(2).

DATE: July 18, 2011                         LAW OFFICES OF RODNEY T. LEWIN, APC


By:_____
    RODNEY T. LEWIN
    CHANDLER OWEN BARTLETT
    ALLYSON P. WITTNER
    Attorneys for BIZ Enterprises, Inc

F:\6839\Post-Judgment\BK Request for Notice Saeedian.DOC

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**