United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 11-40337-EC
Daniel Saeedian                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: LynnlC          Page 1 of 1          Date Rcvd: Aug 08, 2011
                             Form ID: odspa         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2011.
db          +Daniel Saeedian,   434 South Wetherly Drive,   Beverly Hills, CA 90211-3520
aty          Rodney T. Lewin, ESQ,   8665 Wilshire Blvd Ste 210,   Beverly Hills, CA  90211-2931
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr          +Biz Enterprises Inc,   Law Offices of Rodney T Lewin,   8665 Wilshire Blvd Ste 210,
             Beverly Hills, CA 90211-2931
29885065    +BIZ Enterprises Inc,   c/o Rodney  T. Lewin,   8665 Wilshire Blvd Ste 210,
             Beverly Hills CA 90211-2931
29834804    +BIZ Enterprises, Inc.,   773 TOWNE AVE,   LOS ANGELES, CA 90021-1419
29834805    +Jerry Neckanoff,   C/O Law Ofc Anthony M Solis,   1055 W 7th St Ste 2140,
             Los Angeles, CA 90017-2676
29834806    +Rodney Theodore Lewin,   8665 Wilshire Blvd Ste 210,   Beverly Hills, CA 90211-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QRKDIAMOND.COM Aug 09 2011 01:28:00     Richard K Diamond (TR),
             Danning, Gill, Diamond & Kollitz,   2029 Century Park East, 3rd Floor,
             Los Angeles, CA  90067-2904
smg          EDI: EDD.COM Aug 09 2011 01:28:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Aug 09 2011 01:28:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
                                                                          TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           California United Bank
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**                    **Signature:**   _Joseph Speetjens_

Form odspa–odspab VAN–21
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Daniel Saeedian

**BANKRUPTCY NO.** 2:11–bk–40337–EC

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8646
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/8/11

**Address:**
434 South Wetherly Drive
Beverly Hills, CA 90211

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)      The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2)      Any discharge entered in this case is vacated.

3)      The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

By the Court,

Dated: August 8, 2011

**Kathleen J. Campbell**
Clerk of Court